Lynn M. Allen, State Bar Number 012612
lallen@tysonmendes.com
K. Michelle Ronan, State Bar Number 028923
mronan@tysonmendes.com
**TYSON & MENDES, LLP**
706 East Bell Road, Suite 129
Phoenix, Arizona 85022
Telephone: (602) 386-5656
Facsimile: (602) 386-5657
*Attorneys for Defendant American Family*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Santellanes,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>American Family Mutual Insurance Company, S.I., a Wisconsin corporation; John Doe and Jane Doe I through V, fictitious individuals; ABC Corporation and/or Partnerships, I-X, fictitious entities,<br><br>　　　　Defendants. | No.<br><br>**NOTICE OF REMOVAL** |

Defendant American Family Mutual Insurance Company, S.I. ("Defendant") gives notice that it is removing this action from Maricopa County Superior Court to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 for the following reasons:

**A.　This Court Has Diversity Jurisdiction Pursuant to 28 U.S.C. § 1332.**

　　**1.　There is complete diversity among the legitimate parties.**

　　　　(a)　Plaintiff is an individual residing in the state of Arizona. *See* Complaint in matter No. CV2017-014193, Superior Court of Arizona, Maricopa County

**TYSON & MENDES, LLP**

("Complaint") at ¶ 1, attached as Exhibit 1.

(b) Defendant is a Wisconsin corporation with its principal place of business in Madison, Wisconsin.

**2.     The Amount in Controversy Exceeds $75,000.**

The determination of diversity jurisdiction is made as of the time of removal. *St. Paul Mercury Indemnity Co. v. Red Cab Co.*, 303 U.S. 283 (1938); *see also Rogers v. Wall-Mart Stores*, Inc. 230 F.3d 868, 871 (6th Cir. 2000). Included in the calculation of the jurisdictional minimum are general damages, special damages, punitive damages, and attorneys' fees. *See Ansley v. Metropolitan Life Ins. Co.*, 215 F.R.D. 575 (D. Ariz. 2003); *see also Chabner v. United of Omaha Life Ins. Co.*, 225 F.3d 1042, 1046 n.3 (9th Cir. 1998); *Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1155-56 (9th Cir. 1998).

Here, the evidence establishes by a preponderance of the evidence that the jurisdictional minimum has been met. Plaintiff's last settlement demand was $200,000. That demand alone, exclusive of pre-judgment interest and attorneys' fees, establishes that the amount in controversy meets the requirement for diversity jurisdiction.

Based on the foregoing, Defendant has met its burden of establishing the jurisdiction of this Court.

**B.     This Notice of Removal is Timely.**

Plaintiff filed the complaint on October 26, 2017 and served it on American Family through the Arizona Department of Insurance on December 1, 2017.  Defendant American Family first received notice of the complaint upon its receipt from the Department of

**TYSON & MENDES, LLP**

Insurance on or after December 5, 2017. This Notice of Removal, therefore, has been timely filed within 30 days of that date. *See* 28 U.S.C. § 1446(b).

**C.** Defendant has attached copies of the original Complaint, Summons, and Certificate of Compulsory Arbitration and has no other court documents in its possession. *See* Exhibits 1-3.

**D.** Defendant has concurrently filed a copy of this notice with the Arizona Superior Court.

Defendant has served upon Plaintiff a copy of this notice.

DATED this 27th day of December, 2017.

                TYSON & MENDES, LLP

                By: */s/ Lynn M. Allen*
                    Lynn M. Allen
                    K. Michelle Ronan
                    *Attorneys for Defendant American Family*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Kimberly J. Sayre
The Sayre Law Group, PLLC
45 West Jefferson Street, 10th Floor
Phoenix, Arizona 85003
ksayre@thesayrelawgroup.com
*Attorneys for Plaintiff*

By: */s/ Christie Carstensen*