NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Santellanes, | No. CV-17-04775-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| American Family Mutual Insurance Company SI, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation to Dismiss (Doc. 12), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 12). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 27th day of February, 2018.

Honorable John J. Tuchi
United States District Judge